UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Regenald Green

CASE NO: 23-41083

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 45

On 6/21/2023, I did cause a copy of the following documents, described below,

Pre-Confirmation Fee Application ECF Docket Reference No. 45

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/21/2023

/s/ John Robert Keyes
John Robert Keyes  P68856

Robert Keyes Law, PLLC
300 North Huron Street
Ypsilanti, MI  48197
734 662 1590
robert@robertkeyeslaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

Regenald Green

CASE NO: 23-41083

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 45

On 6/21/2023, a copy of the following documents, described below,

Pre-Confirmation Fee Application ECF Docket Reference No. 45

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/21/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
John Robert Keyes
Robert Keyes Law, PLLC
300 North Huron Street
Ypsilanti, MI  48197

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

FIRST CLASS
REGENALD GREEN
8752 BARRINGTON DR
YPSILANTI MI 48198