## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:                                                  Case No. 23-41083

Regenald Green,                                         Chapter 13

                                                        Hon. Lisa S. Gretchko

                        Debtor.
_____/

## ORDER SETTING HEARING ON FEE APPLICATION

Robert Keyes Law, PLLC, attorney for Debtor, filed a Pre-Confirmation Application for Attorney Fees ("Fee Application"; ECF No. 45). Upon review of the Fee Application, the Court has determined that Exhibit 5 to the Fee Application does not comply with E.D. Mich. LBR 2016-1(a)(15)(A)(iii) and (iv) because many of the time entries are lumped and/or do not describe the tasks with sufficient detail. As a result, the Court is unable to adequately review the Fee Application.

A hearing ("Hearing") on the Fee Application will be held on **August 17, 2023 at 10:00 a.m.**, before the Honorable Lisa S. Gretchko, 211 West Fort Street, Courtroom 1975, Detroit, Michigan 48226.

Prior to the Hearing, Applicant may a file a revised Exhibit 5 ("Revised Exhibit") containing an itemized time record which complies with E.D. Mich. LBR 2016-1(a)(15)(A)(iii) and (iv). The Revised Exhibit must be filed on or before August 10, 2023. If the Revised Exhibit complies with E.D. Mich. LBR 2016-

1(a)(15)(A)(iii) and (iv), and the Court is able to adequately review the Fee Application, the Court may cancel the Hearing and issue an order awarding compensation.

Signed on July 21, 2023



/s/ Lisa S. Gretchko
Lisa S. Gretchko
United States Bankruptcy Judge