

Stephen M. Hladik
David C. Onorato
Thomas M. Federman
Athena J. Aitas

James McArdle
Keith Reid
Rose Marie Brook

October 2, 2023

CM/ECF Help Desk
U.S. Bankruptcy Court
Eastern District of Michigan
211 West Fort Street
Detroit, Michigan 48226
cmecfhelpdesk@miebuscourts.gov

Dear Sir or Madam,

    Please be advised that as of 23 August 2023, Panayiotis "Pete" D. Marselis left the firm of Hladik, Onorato & Federman, LLP, and the undersigned, James M. McArdle, took over responsibility for all pending and future cases filed with the firm.

    If you have any questions, please do not hesitate to contact me at your convenience.

Sincerely,

*(signature)*

James M. McArdle

Hladik, Onorato & Federman, LLP
3290 W. Big Beaver Rd., #117
Troy, MI 48084
Telephone: 248-519-4123 (direct)
Email: jmcardle@hoflawgroup.com

THE HOF LAW GROUP IS THE CREDITOR'S ATTORNEY AND IS ATTEMPTING TO COLLECT A DEBT ON ITS BEHALF. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

HOWEVER, IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

3290 West Big Beaver, Suite 117, Troy, MI 48084-2911 • 248.362.2600 • fax (248) 269-8503  www.hoflawgroup.com
◊Admitted in PA NJ NM only | * Admitted in PA AZ CA only | + Admitted in PA NJ only | o Michigan Managing Attorney

23-41083-lsg    Doc 58    Filed 10/03/23    Entered 10/03/23 11:44:42    Page 1 of 1